FORM B5
(10-05)

# United States Bankruptcy Court
## Southern District of Ohio

# INVOLUNTARY PETITION

| IN RE (Name of Debtor – If individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Claddagh Development Group, LLC | |

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.). 30-0003884

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 29500 Aurora Road, Suite 10<br>Solon, Ohio 44139 | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>(Debtor has place of business located in Warren County, Ohio) | ZIP CODE<br>45040 | | ZIP CODE |
|---|---|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) (Debtor has a location of assets located at 5075 Deerfield Blvd., Mason, Warren County, Ohio 45040)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7     ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business data

TYPE OF DEBTOR
☐ Individual          ☐ Stockbroker
☐ Partnership         ☐ Railroad
☒ Corporation         ☐ Health Care Business
☐ Clearing Bank       ☐ Commodity Broker
☐ Other _____

BRIEFLY DESCRIBE NATURE OF BUSINESS Retail

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional case on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required*

{W0811186.1}

Name of Debtor <u>Claddagh Development Group, LLC</u>

OFFICIAL FORM 5 – Page 2　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
Involuntary Petition
(10-05)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X <u>/s/Michael J. Gallagher</u> | X <u>/s/Richard L. Ferrell</u>　　　　　　10/23/06 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　　　　　　Date |
| <u>The John F. Gallagher Company　　10/12/06</u> | <u>Taft, Stettinius & Hollister, LLP</u> |
| Name of Petitioner　　　　Date Signed | Name of Attorney Firm (if any) |
| | <u>425 Walnut Street, Suite 1800 Cincinnati, Ohio 45202</u> |
| Name & Mailing Address of Individual Signing in Representative Capacity: <u>Michael J. Gallagher, P.E., President, 36360 Lakeland Blvd., Willoughby, OH 44094</u> | Address<br><u>Richard L. Ferrell  (513) 381-2838</u><br>Name & Telephone No. |
| X_____ | X_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　　　　　　Date |
| Name of Petitioner　　　　Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>_____Name &<br>Telephone No. |
| X_____ | X_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney　　　　　　　　Date |
| Name of Petitioner　　　　Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address<br>_____Name &<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| The John F. Gallagher Company | Nature of Claim: unpaid services and materials provided to the Debtor. | In excess of $1,600. |
| Queensgate Food Group, LLC, dba Queensgate Foodservice | Nature of Claim: unpaid goods sold and delivered to the Debtor. | $99,633.27, plus pre-petition interest and attorneys' fees |
| Economy Linens, Inc., 80 Mead Street Dayton, Ohio 45402 | Nature of Claim Unpaid goods provided to the Debtor and balanced owed on service contract with Debtor. | In excess of $30,000. |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims In excess of $ |

{W0811186.1}

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X /s/ J. Mark Mullen, CFO<br>Signature of Petitioner or Representative (State title)<br>Queensgate Food Group, LLC, dba Queensgate Foodservice, 10/13/06<br>Name of Petitioner            Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity: J. Mark Mullen, Chief Financial Officer, 619 Linn Street, Cincinnati, OH 45203 | X /s/Douglas L. Lutz                    10/13/06<br>Signature of Attorney                   Date<br>Frost Brown Todd, LLC<br>Name of Attorney Firm (if any)<br>201 E. Fifth Street, Suite 201, Cincinnati, OH 45202<br>Address<br>Douglas Lutz              (513) 651-6724<br>Name & Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>_____<br>Name of Petitioner            Date Signed<br><br>Name & Mailing<br>Address of Individual      _____<br>Signing in Representative<br>Capacity                   _____ | X_____<br>Signature of Attorney                   Date<br><br>_____<br>Name of Attorney Firm (if any)<br><br>_____<br>Address<br>_____Name &<br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>_____<br>Name of Petitioner            Date Signed<br><br>Name & Mailing<br>Address of Individual      _____<br>Signing in Representative<br>Capacity                   _____ | X_____<br>Signature of Attorney                   Date<br><br>_____<br>Name of Attorney Firm (if any)<br><br>_____<br>Address<br>_____Name &<br>Telephone No. |

**PETITIONING CREDITORS**

| | | |
|---|---|---|
| Name and Address of Petitioner The John F. Gallagher Company | Nature of Claim: unpaid services and materials provided to the Debtor. | Amount of Claim<br>In excess of $1,600. |
| Name and Address of Petitioner Queensgate Food Group, LLC, dba Queensgate Foodservice | Nature of Claim: unpaid goods sold and delivered to the Debtor. | $99,633.27, plus pre-petition interest and attorneys' fees |
| Name and Address of Petitioner Economy Linens, Inc., 80 Mead Street Dayton, Ohio 45402 | Nature of Claim Unpaid goods provided to the Debtor and balanced owed on service contract with Debtor. | Amount of Claim<br>In excess of $30,000. |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>In excess of $130,000 |

{W0811186.1}

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X /s/Bruce R. Feldman, President<br>Signature of Petitioner or Representative (State title)<br>Economy Linen, Inc.          10/23/06<br>Name of Petitioner              Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity Bruce R. Feldman, President, Economy Linen, Inc. 80 Mead St., Dayton, OH 45402 | X /s/ Mark Foster               10/23/06<br>Signature of Attorney             Date<br>Mark Foster<br>Name of Attorney Firm (if any)<br>4428 N. Dixie Drive, Dayton, Ohio 45414<br>Address<br>Mark Foster, (937) 278-0651<br>Name & Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>_____<br>Name of Petitioner              Date Signed<br><br>Name & Mailing<br>Address of Individual    _____<br>Signing in Representative<br>Capacity | X_____<br>Signature of Attorney             Date<br><br>_____<br>Name of Attorney Firm (if any)<br><br>_____<br>Address<br>_____Name &<br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>_____<br>Name of Petitioner              Date Signed<br><br>Name & Mailing<br>Address of Individual    _____<br>Signing in Representative<br>Capacity                _____ | X_____<br>Signature of Attorney             Date<br><br>_____<br>Name of Attorney Firm (if any)<br><br>_____<br>Address<br>_____Name &<br>Telephone No. |

**PETITIONING CREDITORS**

| | | |
|---|---|---|
| Name and Address of Petitioner The John F. Gallagher Company | Nature of Claim: unpaid services and materials provided to the Debtor. | Amount of Claim In excess of $1,600. |
| Name and Address of Petitioner Queensgate Food Group, LLC, dba Queensgate Foodservice | Nature of Claim: unpaid goods sold and delivered to the Debtor. | $99,633.27, plus pre-petition interest and attorneys' fees |
| Name and Address of Petitioner Economy Linens, Inc., 80 Mead Street Dayton, Ohio 45402 | Nature of Claim Unpaid goods provided to the Debtor and balanced owed on service contract with Debtor. | Amount of Claim In excess of $30,000. |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims In excess of $130,000 |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X /s/Robert M. Duffy<br>Signature of Petitioner or Representative (State title)<br>Great Lakes Concrete Restoration, Inc.   10/24/06<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity Robert Duffey, Vice President, 1000 Monroe Street, Toledo, OH 43604 | X /s/Richard L. Ferrell              10/25/06<br>Signature of Attorney              Date<br>Taft, Stettinius & Hollister, LLP<br>Name of Attorney Firm (if any)<br>425 Walnut Street, Suite 1800 Cincinnati, Ohio 45202<br>Address<br>Richard L. Ferrell (513) 381-2838<br>Name & Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br>_____<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity | X_____<br>Signature of Attorney              Date<br>_____<br>Name of Attorney Firm (if any)<br>_____<br>Address<br>_____Name & Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br>_____<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity | X_____<br>Signature of Attorney              Date<br>_____<br>Name of Attorney Firm (if any)<br>_____<br>Address<br>_____Name & Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Great Lakes Concrete Restoration, Inc. | Nature of Claim: unpaid services and materials provided to the Debtor. | In excess of $2,000. |
| Name and Address of Petitioner | Nature of Claim: | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

{W0811186.1}