**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

In re:

CLADDAGH DEVELOPMENT
GROUP, LLC, et. al.

Debtors

Case Nos. 06-33124; 07-30312, 07-30313, 07-30315, 07-30113, 07-30114, 07-30115, 07-30117, 07-30118, 07-30119, 07-30120, 07-30124, 07-30125, 07-30126, 07-30127, 07-30128, 07-30129, 07-30130, 07-30131, 07-30133, 07-30134

(Jointly Administered
under case no 06-33124)
Chapter 11 Proceeding
(Judge Walter)

---

**TRUSTEE'S MOTION FOR (1) APPROVAL OF PURCHASER'S OFFER TO PURCHASE ASSETS AS STALKING HORSE BID; (2) APPROVAL OF BREAK-UP FEE TO STALKING HORSE BIDDER; (3) SCHEDULING AUCTION FOR SALE OF ASSETS; (4) APPROVING BIDDING PROCEDURES FOR AUCTION INCLUDING SETTING OF INITIAL OVERBID AND SUBSEQUENT BIDDING INCREMENTS; (5) SCHEDULING HEARING ON APPROVAL OF SUCCESSFUL BIDDER AT THE AUCTION AND; (6) SETTING OBJECTION DEADLINE**

---

Richard D. Nelson, Chapter 11 TRustee, respectfully requests that this Court enter an order, pursuant to sections 105(a), 363(b), (f) and (m), 365. 1107, and 1108 of title 11 of the Unites States Code (the "Bankruptcy Code") and Rules 2002, 6004, 6006, 9007, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") which (i) approves Purchaser's offer to purchase the Assets pursuant to the terms and conditions set forth herein as the stalking-horse bid at an auction to be held by the Sellers, (ii) approves the Break-Up Fee and the timing and manner of payment of the Break-Up Fee to Purchaser as set forth herein; (iii) schedules an auction for the sale of the Assets to take place no later

than January 16, 2008 at which only Qualified Bidders may bid; (iv) approves bidding procedures including (a) establishes the Initial Overbid Amount for any other bids to be made at the auction, and (b) establishes bidding increments of at least $50,000 over the previous bid; (v) schedules the Sale Hearing: and (vi) sets the Objection Deadline for the Sale Motion.  In support of this Motion, the Trustee respectfully states:

## **BACKGROUND**

1. On October 25, 2006, creditors The John F. Gallagher Company, Queensgate Food Group LLC, Economy Linen Inc.[1], and Great Lakes Concrete Restoration, Inc. (collectively the "Petitioning Creditors") filed an involuntary Chapter 11 Petition against Debtor.  The Petitioning Creditors filed an Emergency Motion for Appointment of Interim Chapter 11 Trustee on October 27, 2006 (Doc. 4.)

2. The United States Trustee subsequently filed a Motion to Appoint Trustee, requesting the immediate appointment of Richard D. Nelson as Chapter 11 Trustee (Doc. 74).

3. The Estate includes a chain of seventeen (17) "Irish Concept" restaurants, each operated by an affiliate of the Debtor CDG, LLC, and operating under the name "Claddagh Irish Pubs".  On January 10 and 11, 2007, the Trustee filed Chapter 11 bankruptcies for the affiliates.  The affiliated debtors are collectively referred to as "Debtors."

4. The Trustee continues to operate the restaurants as going concerns as well as the administrative operation of this Chapter 11 case.  To

---

[1] Economy Linen Inc. has since withdrawn as petitioning creditor (Doc. 16).

date, the Trustee has assumed thirteen leases, and rejected two. One lease is on extension..

5.      The Trustee received and accepted a purchase offer (the "Stalking Horse Offer") from CDG Acquisition LLC ("Purchaser") to purchase the Debtors' assets for Thirty-One Million Dollars ($31,000,000.00), consisting of Ten Million Dollars ($10,000,000.00) in cash (the "Cash Purchase Price"), plus the assumption of certain Assumed Debt and Assumed Liabilities as defined the Asset Purchase Agreement entered into between the Trustee and Purchaser (the "Stalking Horse APA"). A copy of the Stalking Horse APA is attached to this Motion. A blank asset purchase agreement is available upon request for the benefit of interested bidders (the "Asset Purchase Agreement").

6.      The Stalking Horse Offer contemplates an Auction for sale of the assets, and is subject to higher and better bids.[2]

7.      The Trustee, by this Motion, seeks entry of an order which (i) approves Purchaser's offer to purchase the Assets pursuant to the terms and conditions set forth herein as the stalking-horse bid at an auction to be held by the Sellers, (ii) approves the Break-Up Fee and the timing and manner of payment of the Break-Up Fee to Purchaser as set forth herein; (iii) schedules an auction for the sale of the Assets to take place no later than January 16, 2008 at which only Qualified Bidders may bid; (iv) approves bidding procedures including (a) establishes the Initial Overbid Amount for any other bids to be made at the

---

[2] Qualified Bidders need not assume the liabilities that Purchaser contemplates assuming in its APA. However, the value to the estate of Purchaser's assumption of the Assumed Debt and the Assumed Liabilities will be considered in determining whether any other bid is a higher and better bid.

3

auction, and (b) establishing bid increments of at least $50,000 over the previous bid; (v) schedules the Sale Hearing and (vi) sets the Objection Deadline for the Sale Motion.

## **JURISDICTION**

8. This Court has jurisdiction over this Motion pursuant to 28 U.S.C.§1334. This Proceeding is a core proceeding pursuant to 29 U.S.C.§157(b)(2)(A) and (N). Venue is proper in this District and in this Court pursuant to 28 U.S.C.§§1408 and 1409.

9. The statutory predicates for the relief sought herein are sections 105(a), 363(b), (f) and (m), 365, 503, 507(b), 364(c)(1) and (d), 1107 and 1108 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, and 9014 of the Bankruptcy Rules.

## **PROPOSED BIDDING PROCEDURES AND BIDDING**

10. The Trustee proposes that this Court approve certain procedures for conducting the sale of Debtors' Assets, and which will apply in the event that parties other than Purchaser desire to submit a competing bid at the Auction for the purchase of Debtors' assets, which are designed to maximize the value of Debtors' assets (the "Bidding Procedures").

11. The Trustee proposes the following Bidding Procedures:

    a. **Confidentiality Agreement:** Potential bidders must have signed a confidentiality agreement before performing any due diligence or submitting a competing bid.

  b. **Deadline:** Potential bidders shall submit their offers to purchase Debtors' assets to (i) counsel for the Trustee, Richard D. Nelson, Esq., Donald J. Rafferty Esq., and Monica V. Kindt, Esq., Cohen, Todd, Kite & Stanford, LLC, 250 East Fifth St., Suite 1200, Cincinnati, Ohio 45202, (ii) counsel for the Unsecured Creditors Committee ("UCC"), Douglas Lutz, Esq., Frost Brown Todd LLC, 2200 PNC Center, 201 East Fifth St., Cincinnati, Ohio 45202, (iii) counsel for Purchaser, Timothy Hurley, Esq., Taft Stettinius & Hollister LLP, 425 Walnut St., Suite 1800, Cincinnati, Ohio 45202, and (iv) the Office of the United States Trustee, Attn: Maryanne Wilsbacher, 170 North High St., Suite 200, Columbus, OH 43215, ***no later than 5pm (EST) on January 11, 2008***. Any party failing to submit a bid by the deadline set herein, ***shall not be permitted to participate in any auction conducted by the Court***.

  c. **Qualified Bidders / Bid Requirements:**

 (i) Any bid for the Assets must:

  A. be in writing;

  B. be received by the Deadline and served on the parties as described in detail in Paragraph 11(b);

  C. be at least two hundred and fifty thousand dollars ($250,000.00) higher than Cash Purchase Price (the "Initial Overbid"), that is, at least $10,250,000;

  D. be accompanied by a clean and executed asset purchase agreement (the "Modified Purchase Agreement") and a marked Modified Purchase Agreement reflecting any variations from the Purchase

5

Agreement; provided however that the only permitted variations from the Purchase Agreement shall be for (a) identification of the assets being purchased; (b) the cash price offered, (c) identification of the assigned leases and contracts, and (d) identification of the liabilities, if any, being assumed;

   E. be accompanied by a cash deposit (i.e., bank or certified check payable to Richard D. Nelson, Chapter 11 Trustee) equal to at least ten percent (10%) of the proposed purchase price (the "Earnest Money Deposit"), which shall be delivered to Cohen, Todd, Kite & Stanford, LLC, 250 East Fifth St., Suite 1200, Cincinnati, Ohio 45202 with the bidder's written bid;

   F. identify the assets the bidder offers to purchase and the liabilities the bidder proposes to assume at the purchase price and upon the terms and conditions set forth in the Modified Purchase Agreement;

   G. not contain any contingencies relating to due diligence, financing, or the assumption and assignment of any contracts;

   H. demonstrate that the bidder is able to consummate the transaction (financially and otherwise) on the terms of the Modified Purchase Agreement;

   I. include evidence of authorization and approval from the bidder's board of directors (or comparable governing body) with respect to the submission, execution and delivery of the Modified Purchase Agreement;

   J. identify with particularity each and every executory contract or assumed lease, the assignment of which is a condition to closing;

6

K.  identify whether the bidder intends to continue to operate the Debtors as Claddagh Pubs and Restaurants;

L.  be for substantially all of the assets.

(ii)  A Qualified Bid does not need to include the assumption of the Assumed Debt and Assumed Liabilities listed in the Stalking Horse APA.

(iii)  A bid meeting the foregoing requirements of paragraph 11(c) shall constitute a "Qualified Bid."  The Trustee and Counsel for the Unsecured Creditors Committee shall also decide whether any Qualified Bid made at the Auction is the highest and best bid, taking into account all aspects and value of the Stalking Horse Bid and any Qualified Bids.

**d.  Auction / Participation / Bidding:**

(i)  If the Trustee receives one or more Qualified Bids, an Auction shall be held at 10:00 a.m., on January 16, 2007 at the United States Bankruptcy Court for the Southern District of Ohio, Dayton Division, 120 West Third Street, Dayton, OH 45402.

(ii)  Only Qualified Bidders shall be permitted to participate at the Auction.

(iii)  All Qualified Bidders shall appear at the Auction in person or through a duly authorized representative who shall appear in person.

(iv)  After the Initial Overbid, if any, made at the Auction, all subsequent bids shall be in increments of at least $50,000.00 over the amount of the previous bid.

(v)     Bidding at the Auction shall continue until such time as the Trustee, in consultation with Counsel for the Unsecured Creditors Committee, determines in his business judgment that the highest and best offer for the Debtors' assets has been received (the "Successful Bid" and the party that submitted such bid, the "Successful Bidder").  The Trustee shall seek approval from the Court of the Successful Bid at the Sale Hearing, as described in section (g) below, subject to objections, if any, that may be raised by a party-in-interest.  The Trustee will be deemed to have accepted a Qualified Bid only when such Qualified Bid has been approved by this Court.

**e.     Back-up Bidder:** The Trustee shall have the right to select any bidder at the Auction, other than Purchaser, whom the Trustee, in consultation with Counsel for the Unsecured Creditors Committee determines has submitted the second highest bid to serve as the back-up bidder (the "Back-Up Bidder") and to retain such bid (the "Back-Up Bid") in place for forty-five (45) days following entry of an order approving the Sale, or for such longer period as mutually agreed to by the parties.  At the Sale Hearing, the Trustee will request that this Court confirm the Back-Up Bid to eliminate the need for an additional hearing in case the Successful Bidder fails to close.  After expiration of the forty five (45) days following entry of an order approving the Sale, unless such time is otherwise extended by the parties, and assuming the Trustee has not notified the Back Up Bidder that the Back-Up Bid has been selected as the Successful Bid, the Back-Up Bid shall be deemed null and void and of no further effect.

**f.     Earnest Money Deposit:** All Earnest Money Deposits shall be held by the Trustee in an interest-bearing escrow account. The Earnest Money Deposit of the Successful Bidder shall be applied to the cash component of such bidder's purchase price. All Earnest Money Deposits, with the exception of the Back-Up Bidder's Earnest Money Deposit, shall be returned to each bidder not selected by the Trustee as the Successful Bidder within three (3) business days following the conclusion of the Sale Hearing. The Earnest Money Deposit of the Back-Up Bidder shall remain in escrow for forty-five (45) days following entry of an order approving the Sale. If the Successful Bidder is unable to close for any reason other than a material breach as described in the Asset Purchase Agreement, the Trustee will release the Earnest Money Deposit to the Successful Bidder within two (2) business days after notice of termination of such Successful Bidder's asset purchase agreement. If the Successful Bidder is unable to close for any reason that constitutes a material breach as described in the Asset Purchase Agreement, the Trustee and the Estate shall retain the Earnest Money Deposit.

**g.     Sale Hearing:**     A Sale Hearing shall be held at 2:00 p.m. on January 16, 2008 at the United States Bankruptcy Court for the Southern District of Ohio, Dayton Division, 120 West Third Street, Dayton, OH 45402, at which the Trustee will seek the entry of an order approving and authorizing the Sale to the Successful Bidder on terms and conditions consistent with the asset purchase agreement submitted by such Successful Bidder.

**h.** **Breakup Fee:** Pursuant to the terms of the Stalking Horse APA, if someone other than the Purchaser ultimately purchases the assets that are the subject of the APA, the Trustee has agreed to pay to Purchaser Two Hundred Thousand Dollars ($200,000.00) (the "Breakup Fee").

## OBJECTION DEADLINE

12. The Trustee requests that the Court set a deadline for filing objections to the Sale Motion of January 11, 2008 at 5 p.m. (EST).

## NOTICE OF SALE MOTION, BID PROCEDURES, HEARING DATES, AND BID AND OBJECTION DEADLINES

13. The affiliated Debtors have in excess of 500 creditors. Service of the Sale Motion and the Bid Procedures on all creditors would be overly burdensome to the Trustee and the Estate. Instead, the Trustee requests that he be allowed to serve a Notice to all creditors and parties in interest, substantially in the form attached hereto as Exhibit B, (a) informing them of the filing of the Sale Motion, (b) setting forth the date of the Auction and the Sale Hearing (c) stating that a copy of the Sale Motion will be available upon request, (d) describing the property to be sold; (e) providing contact information for the submission of competing bids; and (f) providing the Objection Deadline.

13. The Trustee separately shortened the objection time for this Motion to December 20, 2007. It is imperative that the Order Approving Bid Procedures be expeditiously entered so that the Trustee can serve the proposed Notice to all parties.

14. This Motion has been served on all parties who have expressed and interest in purchasing Estate assets, counsel for the 20 largest Unsecured

Creditors, the Office of the United States Trustee, the Debtors' Landlords, and those parties who have filed a Notice of Appearance in this case. In light of the relief requested, the Trustee contends that no further notice is required. The Trustee will provide copies of the Motion to those parties who request it.

**WHEREFORE,** the Trustee respectfully requests the Court enter an Order which (i) approves Purchaser's offer to purchase the Assets pursuant to the terms and conditions set forth herein as the stalking-horse bid at an auction to be held by the Sellers, (ii) approves the Break-Up Fee and the timing and manner of payment of the Break-Up Fee to Purchaser as set forth herein; (iii) schedules an auction for the sale of the Assets to take place no later than January 16, 2008 at which only Qualified Bidders may bid; (iv) approves bidding procedures including (a) establishing the Initial Overbid Amount for any other bids to be made at the auction, and (b) establishing bidding increments of at least $50,000 over the previous bid; (v) schedules the Sale Hearing; (vi) sets the Objection Deadline for the Sale Motion; and (vi) grants to the Trustee such other and further relief as may be just and proper.

        Respectfully submitted,

        /s/ Monica V. Kindt
        Richard D. Nelson (Ohio Reg#0003943)
        Donald J. Rafferty (Ohio Reg #0042614)
        Monica V. Kindt (Ohio Reg. #0073085)
        Cohen, Todd, Kite & Stanford, LLC
        250 East Fifth Street, Suite 1200
        Cincinnati, Ohio  45202-4157
        Attorneys for Chapter 11 Trustee

466902.3

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was electronically filed on December 13, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy of the foregoing was also served this December 13, 2007, via ordinary mail upon the following

**ECF Notice**

| Name | Email |
|---|---|
| Asst US Trustee (Day) | USTPRegion09.CB.ECF@usdoj.gov |
| Todd Bobka | bankruptcy@weinerlaw.com |
| Sylvie J. Derrien | derrien@coollaw.com |
| Thomas R. Noland | notices@dayton.statmanharris.com; trnoland@dayton.statmanharris.com |
| Timothy J. Hurley | hurley@taftlaw.com |
| Richard L. Ferrell | Ferrell@taftlaw.com |
| Ronald E. Gold | rgold@fbtlaw.com |
| Douglas L. Lutz | dlutz@fbtlaw.com; abatts@fbtlaw.com |
| Ronald S. Pretekin | pretekin@coollaw.com; piatt@coollaw.com |
| Ira Rubin | pamrhein@bizwoh.rr.com; norma@bizwoh.rr.com; irarubinlaw@aol.com |
| Joseph R. Sgroi | jsgroi@honigman.com |
| Lou Diess | ldiess@mccarronlaw.com |
| Steven M. Wachstein | wachstein@coollaw.com |
| Elizabeth Graham Weber | bweber@dbllaw.com |
| MaryAnne Wilsbacher | MaryAnne.Wilsbacher@usdoj.gov |
| Karen C. Bifferato | kbifferato@cblh.com |
| Christina M. Thompson | cthompson@cblh.com |
| Andrew S. Conway | Aconway@honigman.com |
| Kenneth R. Craycraft | kcraycraft@ssd.com |
| Dale Ann Goldberg | USAOHS.ECFDayBank@usdoj.gov; Dale.Goldberg@usdoj.gov; Angela.Trumbauer@usdoj.gov |
| Robert R. Kracht | rrk@mccarthylebit.com |
| Andrew W. Owen | aowen@bdblaw.com; mhenry@bdblaw.com |
| S. James Wallace | sjw@gmwpclaw.com; srk@gmwpclaw.com |
| Henry E. Menninger, Jr. | hemenninger@woodlamping.com |
| Ben T Caughey | ben.caughey@icemiller.com |
| Frederick S Coombs | fcoombs@hhmlaw.com |
| Julie L Juergens | jjuergens@gallaghersharp.com; sgray@gallaghersharp.com; jtravis@gallaghersharp.com; nmarkham@gallaghersharp.com |
| Emerson R Keck | ekeck@flhslaw.com |
| Sherri Blank Lazear | slazear@bakerlaw.com |
| Thomas R Merry | tmerry@barrenmerrylaw.com |
| Jeffrey L. Koberg | jkoberg@zieglermetzger.com |
| Maureen M. Cafferkey | cafferkey.maureen@dol.gov |
| David M. Whittaker | dwhittaker@bricker.com |
| John R. Burns, III | john.burns@bakerd.com |
| Jay Jaffe | jay.jaffe@bakerd.com |
| Stuart L Larsen | sllarsen@day-ketterer.com; fparamore@kahnkleinman.com; pnealis@kahnkleinman.com |
| Robert A McMahon | bmcmahon@emh-law.com |
| Bruce L Segal | bsegal@honigman.com; klarson1@honigman.com |
| Elliot M Smith | esmith@ssd.com |
| S James Wallace | sjw@gmwpclaw.com; srk@gmwpclaw.com |

**Regular Mail**

MaryAnne Wilsbacher
Attorney for US Trustee
170 North High Street, Suite 200
Columbus, OH 43215

Fifth Third Bank
MD#ROPS05
18950 E. Paris Ave SE
Grand Rapids, MI 49546

State of Michigan
Department of Treasury
Cadillac Place
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202

Tri County Reporting
886 Bradbury Road
Cincinnati, OH 45245

Claddagh Development Group
29500 Aurora Rd., Suite 10
Solon, OH 44139

DesignPlan, Inc.
Attention:  Jill R. Speraw
9800 Association Court
Indianapolis, Indiana  46280

Gordon Food Service
Attention:  Sharon Vet or
Aaron Mockridge
420 50th Street, SW
PO Box 2244
Grand Rapids, Michigan  49501

Kinzelman Kline Grossman, LLC
Attention:  Sean Fitzpatrick
444 South Front Street
Columbus, Ohio  43215

Midwest POS Solutions, Inc.
Attention:  Murray E. Bartholome
2709 Enterprise Drive
Anderson, Indiana  40013

Rack Draft Services
Attention:  James M. Rack
PO Box 488
Miamitown, Ohio  45041

Simmons and Simmons, LLC
Attention:  David Simmons
3511 Misty Creek
Erlanger, Kentucky  41018

Queensgate Food Group, LLC
Attention:  J. Mark Mullen
619 Linn Street
Cincinnati, Ohio  45203

Jeffrey Baddeley, Esq.
Sherri B. Lazear, Esq.
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio  44114-3485
*Counsel for Robert L. Stark Enterprises, Inc*

Douglas L. Lutz
Frost Brown Todd, LLC
PNC Center
201 East Fifth Street, Suite 2200
Cincinnati, Ohio  45202-4182
*Attorney for Unsecured Creditors Committee*

Timothy J. Hurley
Taft Stettinius & Hollister, LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio  45202-3957
*Attorney for Patrick McDonagh*

Karen C. Bifferato, Esq.
Christina M. Thompson, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 N. Orange Street
PO Box 2207
Wilmington, Delaware  19899

CenterPoint Energy
PO Box 1700
Houston, Texas  77251-1700

Andrew S. Conway
Honigman Miller Schwartz & Cohn, LLP
Suite 100, 38500 Woodward Avenue
Bloomfield Hills, Michigan  48304

Henry E. Menninger, Jr.
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio  45202

Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Alan P. DiGirolamo
Buckingham, Doolittle & Burroughs LLP
1375 East 9th Street, Suite 1700
Cleveland, Ohio 44114

Niclas A. Ferland
Tyler Cooper & Alcorn LLP
205 Church Street
PO Box 1936
New Haven, CT 06509-1910

Jeffrey L. Koberg
Stephen M. Darlington
Ziegler, Metzger & Miller, LLP
925 Euclid Avenue, Suite 2020
Cleveland, Ohio  44115-1441

Office Of Unemployment Compensation Tax Services
Department of Labor and Industry
Commonwealth of Pennsylvania
1171 South Cameron Street, Room 312
Harrisburg, Pennsylvania 17104-2513

Red Development, LLC
4717 Central
Kansas City, Missouri 64112

Steven M Wachstein
Coolidge Wall Co. LPA
33 West First Street, Suite 600
Dayton, Ohio 45402

Elizabeth Graham Weber, Esq.
Deters, Benzinger & LaVelle, PSC
207 Thomas More Parkway
Crestview Hills, Kentucky  41017
*Attorney for Newport on the Levee*

Roland Hwang
Attorney General of Michigan
PO Box 0000
Lansing, Michigan  48000

David M. Whittaker, Esq.
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio  43215
*Attorney for Grange Mutual Casualty*

Bruce L. Segal
POB 908
500 North Woodward Avenue, Suite 100
Bloomfield Hills, Michigan  48303-0908

John R. Burns, III
Baker & Daniels, LLP
111 East Wayne Street, Suite 600
Fort Wayne, Indiana  46802
*Attorney for Norle Investments, Inc.*

Legacy Village Partners LLC
23220 Chagrin Boulevard, Suite 202
Beachwood, Ohio 44122

Kelly Arcaro
Mid-America Management Co
2 Mid-America Plaza, 3rd Floor
Oakbrook Terrace, Illinois 60181

Greenway Center, LLC
c/o RED of Middleton, LLC
Red Development
4717 Central
Kansas City, Missouri 64112

Deerfield Towne Center, LLC
191 West Nationwide Boulevard, Suite 200
Columbus, Ohio 43215

2700 Sydney Street Assoc.LP
c/o Soffer Organization
424 South 27th Street, Suite 300
Pittsburgh, Pennsylvania 15203

Schoolcraft Commons Unit 4 LLC
c/o Etkin Equities, LLC
29100 Northwestern Highway
200 Franklin Center
Southfield, Michigan 48034

Westfield Franklin Park Mall LLC
11601 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Norle Investments, Inc.
238 South Meridian Street, Suite 501
Indianapolis, Indiana 46225

Brewers Yard Office I, Ltd.
21 East State Street, 20th Floor
Columbus, Ohio 43215

Newport on the Levee LLC
4016 Townsfair Way, Suite 201
Columbus, Ohio 43219

Newport on the Levee, LLC
The Price Group
Attention: Jeff Fisher
7979 Ivanhoe Avenue, Suite 550
LaJolla, California 92037

Soffer Organization
400 Penn Center Boulevard, Suite 211
Pittsburgh, Pennsylvania 15235
*Natalie Andrus – Lease Administrator*

Inland US Management LLC
2901 Butterfield Road
Oakbrook, Illinois 60523

Francis & Buttnick LLC,
successors in interest to Opus Northwest, LLC
10350 Bren Road West
Minnetonka, Minnesota 55343

Polaris Partners Ltd.
182 East Long Street
Columbus, Ohio 43215

Chris Goodrich, PE
Operations Manager
First Interstate Properties, Ltd.
The Offices at Legacy Village
25333 Cedar Road, Suite 300
Lyndhurst, Ohio 44124

Inland Commercial Property Management Inc.
Managing Agent
c/o Christina M. Thompson, Esq.
Connolly Bove Lodge & Hutz, LLP
PO Box 2207
Wilmington, Delaware 19899

Crocker Park, LLC
c/o Robert L. Stark Enterprises, Inc.
28601 Chagrin Boulevard, Suite 600
Woodmere, Ohio 44122

Crocker Park, LLC
c/o Robert L. Stark Enterprises, Inc.
1350 West Third Street
Cleveland, Ohio 44113

Metropolis, LLC
c/o Premier Properties USA, Inc.
5252 East 82nd Street, Suite 300
Indianapolis, Indiana 46250

Atlantic Town Center, LLC
Two Midtown Plaza, Suite 1770
1349 West Peachtree Street
Atlanta, Georgia 30309

RED Speedway, Inc.
PO Box 413187
Kansas City, Missouri 64141

Partridge Creek Fashion Park LLC
200 East Long Lake Road
PO Box 200
Bloomfield Hills, Michigan 48303

David Beck
Jones Day
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
*Attorney for Brewers Yard Office*

Opus Northwest, LLC  
10350 Bren Road West  
Minnetonka, Minnesota 55343  

Soffer Organization  
400 Penn Center Boulevard, Suite 211  
Pittsburgh, PA 15235  

Capella I NL, LLC  
191 West Nationwide Blvd., Suite 200  
Columbus, Ohio 43215  

Capella I NL, LLC  
274 Marconi Boulevard, Suite 300  
Columbus, Ohio  43215  
Attention:  Deborah Zink  

Jay Jaffe  
Baker & Daniels, LLP  
600 East 96th Street, Suite 600  
Indianapolis, Indiana  46240  
*Of Counsel – Attorney for Norle Investments, Inc.*  

Mark Bromberg  
President & CEO  
APEX RESTAURANT GROUP LP  
MAVEN CAPITAL FUND  
6340 International Pkwy, Suite 300  
Plano, Texas 75093  

Matthew S. Darin  
Hilco Real Estate  
5 Revere Drive, Suite 320  
Northbrook, Illinois 60062  

Charles Walensky  
Coy & Associates,Inc.  
5700 Smetana Drive, Suite 110  
Minneapolis Minnesota 55343  

Paul R. Homer  
Northwood Ventures  
485 Underhill Blvd.  
Syosset, New York 11791  

Murry Gunty  
Blackstreet Capital Advisors, LLC  
4800 Montgomery Lane, Suite 940  
Bethesda, Maryland 20814  

Graeme Ramsey  
The Foundation Group  
86 East Lane  
Wembley  
Middlesex  
HA0 3NJ  
United Kingdom  

John Vassallo  
GRS Acquisitions, LLC  
710 North Plankinton Ave., Suite 802  
Milwaukee, Wisconsin 53203  

Craig D. Cortright  
Anacapa Capital Management  
1230 Peachtree Street NE, Suite 1900  
Atlanta, Georgia 30309  

Lee C. Hansen, Managing Member  
Meriturn Partners, LLC  
500 Sansome Street, Suite 600  
San Francisco, California  94111  

Advanced Restaurant Sales  
Robert N. Hunziker, Principal  
Attn:  Patrick Silvia  
Advanced Restaurant Sales  
111 Village Parkway  
Building #2  
Marietta, Georgia 30067  

Attn:  Dave Magrogan  
Kildare's  
18 West Gay Street  
West Chester, Pennsylvania 19380  

Watson Holdings, Inc.  
Peter F. Watson  
10755 Towne Road  
Carmel, Indiana 46032  

Bill Mitchell  
Binnacle, LLC  
901 N.E. Loop 410, Suite 807  
San Antonio, Texas 78209  

Bill Humphries  
Eddie Merlot's Steakhouse  
997 Chestnut Hills Parkway  
Ft. Wayne, Indiana 46814

Apex Restaurant Management Group
Keith Smilie
1702 Tullamore, Suite B
Bloomington, Illinois 61704

Act Real Estate Services, Inc.
Frank Trenholm
339 Windham Circle
Yorkville, Illinois 60560

Jeremy B. Kudan, Broker, Principal
Kudan Group, Inc.
1807 Glenview Road, Suite 205
Glenview, Illinois 60025

East Coast Saloons
c/o Judie Guttadauro
Realty Network Plus
One Lytle Place, Suite 1109
621 Mehring Way
Cincinnati, Ohio 45202

East Coast Saloons
c/o Harry Hayman
231 North 3rd Street, Suite 201
Philadelphia, Pennsylvania 19106

Pat McDonagh
c/o Timothy J. Hurley, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957

Tim Burke
Rosewood Capital
1 Maritime Plaza Suite 1401
San Francisco, California 94111

Ann W. Kim
Catterton Partners
599 West Putnam Avenue, Suite 200
Greenwich, Connecticut 06830

Paul Kraft
PO Box 10368
Chicago, Illinois 60610

Dan Heuertz
The Preferred Group
482 E. Home Avenue
Palatine, Illinois 60074

Ri-Ra Holdings, LLC
c/o David Kelly
26 Grange Cove
Waterford, Ireland

Ri-Ra Holdings, LLC
c/o Jay Luther
PO Box 695
New Canaan, Connecticut 06840

Fado Fado
c/o Judy Guttadauro
Realty Network Plus, Inc.
621 Mehring Way, Suite 1109
Cincinnati, Ohio 45202

Creative Hospitality, Inc.
c/o Chuck Hamburg
3856 Oakton Street
Skokie, Illinois  60076

Lee Suckow
Really Nice Restaurants
180 N Stetson, Suite 5300
Chicago, Illinois 60601

John Piccirillo
Fado Fado
309 E. Paces Ferry Road, Suite 800
Atlanta, Georgia 30305

J.J. Herman & Associates
Attn:  Jerome J. Herman, President
6200 Rockside Woods Blvd., Suite 315
Cleveland, Ohio 44131

Apple Sauce, Inc.
AppleILLINOIS, LLC
Attn:  George Werden
741 Centre View Boulevard, Suite 100
Crestview Hills, Kentucky 41017

Kevin Penn
Managing Director
ACI Capital Co., LLC
666 Third Avenue, 29th Floor
New York, New York 10017

Mr. Jerry Kleiner
1424 West Ohio
Chicago, Illinois  60622

Michael Salerno
Latus Capital Management
3607 Rosemont Avenue, Suite 403
Camp Hill, Pennsylvania  17055

The Tavern Restaurant Group
c/o Judy Guttadauro
Realty Network Plus, Inc.
621 Mehring Way, Suite 1109
Cincinnati, Ohio 45202

The Local
Attn:  Kieran Folliard
931 Nicollet Mall
Minneapolis, Minnesota 55402

Gary J. Heller
Vice President
Repechage Restaurant Group Ltd.
800 Westchester Avenue, Suite 641N
Rye Brook, New York 10573

S.B. Restaurant Co.
c/o Mark Sefenian
14241 Firestone Boulevard, Suite 315
La Miranda, California 90638

Sonny's Franchise Company
2605 Maitland Center Pkwy., Ste. C
Maitland, Florida 32751-7139

Center Cut Hospitality, Inc.
c/o Gerald T. Aaron
224 E. Douglas, Suite 700
Wichita, Kansas 67202

Houlihan's Restaurants, Inc.
c/o Robert C. Ellis
8700 State Line Rd., Suite 100
Leawood, Kansas 66206

McPherson Commercial Capital, LLC
PO Box 351
Saline, Michigan 48176

Rock Bottom Restaurants, Inc.
248 Centennial Pkwy., Suite 100
Louisville, Colorado 80027

The Midtown Niki Group, LLC
3655 Nobel Drive
Suite 650
San Diego, California 92122

Dining Perspectives, Ltd.
c/o Paul Kraft
600 N. Dearborn, Suite 706
Chicago, Illinois 60610

Glenn Kauffman
American Securities Capital Partners
666 Third Avenue, 29th Floor
New York, New York 10017

Erik Stephansen
Principal
Castle Crow & Company, LLC
100 Spear Street, Suite 500
San Francisco, California 94105

Michael J. Farello
Catterton Partners
599 West Putnam, Suite 200
Greenwich, Connecticut 06830

Tommy Reiser
Brand Capital, LLC
320 King Street, Suite 250
Alexandria, Virginia 22314

Austin O'Connor
CEO
The Briar Group
304 Washington Street
Brighton, Massachusetts 02135

Gary Master
Key West Cafe
896 Corporate Way ,Suite 460
Westlake, Ohio 44145

Christopher Flocken
Shepherds, LLC
6200 Rockside Woods Boulevard, Suite 315
Cleveland, Ohio 44131

Jerry Marcopoulos
CFO
Doherty Enterprises
7 Pearl Court
Allendale, New Jersey 07401

Billy Downs
President
BD's Mongolian Grill
642 East Nine Mile Road
Ferndale, Michigan 48220

Cyrus Commissariat
President
Lotus Hospitality Group
10621 Calle Lee, Suite 141
Los Alamitos, California 90720

Jeremiah Schons
Alliance Development
301 South Tryon Street, Suite 1500
Charlotte, North Carolina 28282

Wm. McPherson
Managing Director
McPherson Commericial Capital, LLC
PO Box 351
Saline, Michigan 48176

Eric Welsch
VP, Consumer Markets Group
Keybanc Capital Markets
127 Public Square, 6th Floor
Cleveland, Ohio 44114

Karl Okamoto
Managing Director
Gathering Place Ventures
1007 East Abington Avenue
Wyndmoor, Pennsylvania 19038

Mitch Kahn
President
Hilco Real Estate, LLC
One Northbrook Place, Suite 320
5 Revere Drive
Northbrook, Illinois 60062

Paul Spears
Account Executive, Franchise Finance
GE Capital Solutions
11 Floor, 450 South Orange Avenue
Orlando, Florida 32801

Patrick Harkleroad
Director of Finance
Blackfinn Restaurant & Saloon
Suite 202, 301 East 7th Street
Charlotte, North Carolina 28202

Mark Prendergast
Director of Real Estate
Rock Bottom Restaurants, Inc.
248 Centennial Parkway
Louisville, Colorado 80027

Bill Edmiston
Sr. VP
Gordon Biersch Brewery Restaurant Group
5649 West 109th Circle
Broomfield, Colorado 80020

Dean Haskell
Sr. VP
Morgan Joseph & Co.
19th Floor, 600 Fifth Avenue
New York, New York 10020

Stephen Schmitz
Managing Partner
Grayhawk Capital Partners, LLC
8267 East Angel Spirit Drive
Scottsdale, Arizona 85255

Craig Weichmann
Weichmann & Associates
Suite 100, 704 Forrester Street
Greenville, Texas 75401

Zach Goldman
Business Development manager
The Midtown Niki Group, LLC
3655 Nobel Drive, Suite 650
San Diego, California 92122

Mark Seferian
VP of Development
Elephan Bar
Suite 305, 14241 Firestone Boulevard
La Miranda, California 90638

Rob Ellis Chief Development Officer
Houlihan's Restaurants, Inc.
Suite 100, 8700 State Line Road
Leawood, Kansas 66206

Jeremiah Schons
IVest Development, LLC
Suite A, 210 Bridge Street
Bridgewater, Pennsylvania 15009

Clayton McCaffery
VP
McCaffery Interests
Suite 2050, 737 North Michigan Avenue
Chicago, Illinois 60611

Tracy McGain
Sonny's Franchise Company
Suite C, 2605 Maitland Center Parkway
Maitland, Florida 32751

Jack Baum
President
Cozymel's
5720 LBJ Breeway
Dallas, Texas 75240

David Pearl
Rick Van Warner
Suite 1, 620 Pinetree Road
Winter Park, Florida 32789

Gerald Aaron
Center Cut Hospitality, Inc.
Suite 700, 224 East Douglas
Wichita, Kansas 67202

Timothy Martin
American Securities Opportunities Advisory LLC
29th Floor, 666 Third Avenue
New York, New York 10017

Jefferson Hall
1 Levee Way
Newport, Kentucky 41071

/s/ Monica V. Kindt
Monica V. Kindt

466902.3