**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: June 13, 2012**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: : | |
| : | Case No. 06-33124 |
| CLADDAGH DEVELOPMENT : | (Jointly Administered) |
| GROUP, LLC, et al., : | |
| : | |
| Debtors. : | Honorable Judge Walter |

**AGREED ORDER REGARDING MOTION OF CDG ACQUISITION LLC
TO ENFORCE SALE ORDER (RELATES TO DOC. NO. 704)**

This matter is before the Court on the Motion of CDG Acquisition LLC to Enforce Sale Order (Doc. No. 704) (the "Motion"). Capitalized terms not otherwise defined in this Order have the meanings set forth in the Motion. The Court has reviewed the Motion and the agreement of the parties set forth in this Order. The Court finds:

    A.    The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

    B.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1809.

    C.    This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (N).

D. Claddagh Development Group, LLC and its affiliates (collectively, the "Debtor") sold substantially all of their assets to CDG Acquistion LLC pursuant to the Sale Order (Doc. No. 552). CDG Acquisition LLC operates Claddagh Irish Pubs through CDG Toledo LLC, CDG Dt Columbus LLC, CDG Lyndhurst LLC, CDG Mason LLC, and CDG Polaris LLC (collectively, the "Purchaser").

E. Pursuant to the Sale Order, the Purchaser is not responsible for the Debtors' unpaid premiums, and the Bureau may not consider the Debtors' unpaid premiums in making decisions concerning the Purchaser's eligibility for group coverage.

**IT IS THEREFORE ORDERED THAT:**

1. The Bureau shall not seek payment of the Debtors' unpaid premiums from the Purchaser; and

2. The Bureau shall not exclude the Purchaser from group coverage based in whole or in part on the Debtors' unpaid premiums.

SO ORDERED

Copies to:

Emerson R. Keck
Beth A. Silvers

Tendered by:

| **TAFT STETTINIUS & HOLLISTER LLP** | **FLANAGAN, LIEBERMAN, HOFFMAN & SWAIM** |
|---|---|
| /s/ Beth A. Silvers | /s/ Emerson R. Keck |
| Timothy J. Hurley (0006458) | Emerson R. Keck |
| Beth A. Silvers (0081236) | 15 West Fourth Street, Suite 100 |
| 425 Walnut Street, Suite 1800 | Dayton, Ohio 45402 |
| Cincinnati, Ohio 45202 | Tel.: (937) 223-5200 |
| Tel.: (513) 381-2838 | Fax: (937) 223-3335 |
| Fax: (513) 381-0205 | ekeck@flhslaw.com |
| hurley@taftlaw.com | |
| silvers@taftlaw.com | *Attorneys for Mike DeWine, Attorney General of Ohio* |
| *Attorneys for the Purchaser* | |

###